FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    2022 AUG -1  AM 10: 49
AT ORLANDO

LASCELLES PETER FRANCIS III,  )
                              )
   Movant,                    )   USDC Case No.  6:22-cv-____
                              )
v.                            )
                              )   USDC Case No.  6:21-cr-34
UNITED STATES OF AMERICA,     )
                              )   Hon. Roy B. Dalton
   Respondent.                )   United States District Judge

## DECLARATION OF LASCELLES PETER FRANCIS, III, IN SUPPORT OF MOTION TO VACATE, SET ASIDE OR CORRECT A FEDERAL SENTENCE OR CONVICTION PURSUANT TO 28 U.S.C. §2255 (EXHIBIT #1)

I, LASCELLES PETER FRANCIS III, being competent to make this declaration and having personal knowledge of the matters stated herein, declare pursuant to 28 U.S.C. §1746:

1. I am the same Lascelles Peter Francis III, who was the defendant in the above entitled criminal case, pled before this court, and who is movant in the proceeding under 28 U.S.C. §2255 which is being instituted by the motion this declaration supports.

2. I was represented from my initial appearance in this court through sentencing by AFPD Michael Shay Ryan of the Federal Public Defender's Office, 201 S. Orange Avenue, Suite 300, Orlando, Florida 32801.

3. Mr. Ryan told me that if pleaded guilty I would be sentenced to 7 years' imprisonment. I pleaded guilty based on this advice.

4. Had I been accurately advised of the true advisory guideline range of imprisonment I faced based on the plea offer Mr. Ryan recommended I accept, I would not have accepted the plea offer and would have exercised my right to trial by jury.

5. After I agreed to plead guilty, Mr. Ryan instructed me that I should go along with everything during the change of plea hearing and sentencing. He further cautioned me not to "say too much" or I would aggravate the prosecution. The entire process felt coercive.

6. On the day of my sentencing, after I was sentenced to more than twice the 7 years I was promised by Mr. Ryan, I asked him to appeal my

sentence. He did not do so.

7. I do not even have a high school diploma, so much of the criminal proceedings were very confusing to me. During the entire process I relied exclusively on and had full confidence in Mr. Ryan's legal advice and explanations of what was occurring. I had no idea what options I had when Mr. Ryan failed to file my notice of appeal as I requested.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July, 2022.

_____
Lascelles Peter Francis, III, *Pro Se*
No. 26653-509
USP Coleman I
P.O. Box 1033
Coleman, Florida 33521